# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHANDRA LYONS**  **PLAINTIFF**
**ADC # 704518**

v.  **CASE NO. 1:14CV00151 BSM**

**COX, Sergeant et al.**  **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's affidavit, construed as objections have been reviewed. After careful consideration of these documents and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Chandra Lyons's complaint [Doc. No. 1] is dismissed without prejudice.

2. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 16th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE