## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHANDRA LYONS**                                                              **PLAINTIFF**
**ADC # 704518**

**v.**                           **CASE NO. 1:14CV00151 BSM**

**COX, Sergeant et al.**                                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE